**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Stephen R. Cornell
                     Plaintiff,

v.                                        Case No.: 1:14–cv–02123
                                              Honorable Ronald A. Guzman

BP America, Inc.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 27, 2016:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to stipulation of dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [29], it is hereby ordered that this case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.